UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | No. 3:05-CR-145 (VARLAN/GUYTON) |
| EUGENE WEBSTER JONES, | ) ) ) | |
| Defendant | ) | |

## ORDER OF DETENTION PENDING TRIAL

The above-named defendant appeared in custody before the undersigned on January 10, 2006, for an initial appearance and arraignment on an indictment. Assistant United States Attorney Tracee Plowell was present for the government and Paula Voss, Federal Defender Services, appeared on behalf of the defendant.

The defendant is currently serving a term of imprisonment on state charges and was brought before this Court on a writ. Counsel for the defendant advised the Court that the defendant would waive a detention hearing reserving his right to request a hearing at a later date should his circumstances change. The defendant and his attorney executed a Waiver of Detention Hearing.

Accordingly, the defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being

held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

s/ H. Bruce Guyton
UNITED STATES MAGISTRATE JUDGE